JOHN FRANZONI, Respondent, v. TONY SCOTT and Another, Appellants.—

---

* Amd. by Laws of 1925, chap. 657, and Laws of 1926, chap. 260.— [REP.

Judgment unanimously affirmed, with costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.